UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SEAN HINDMAN, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>SUPERINTENDENT, )<br>)<br>Respondent. ) | No. 1:17-cv-888-WTL-TAB |

**Entry and Order Dismissing Action**

**I.**

The petition for writ of habeas corpus of Sean Hindman challenging the validity of the prison disciplinary proceeding No. IYC 17-01-217 is denied and this action is dismissed with prejudice. The reasons for this ruling are that (1) the expanded record shows that all the procedural requirements of *Wolff v. McDonnell,* 418 U.S. 539, 557 (1974), were supplied, and (2) the decision itself was supported by at least "some evidence" as required by *Superintend., Mass. Corr. Inst. v. Hill,* 472 U.S. 445, 454 (1985). Hindman has not shown or even argued otherwise.

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 08/16/2017

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

SEAN HINDMAN
243423
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

Abigail T. Rom
OFFICE OF THE ATTORNEY GENERAL
abby.rom@atg.in.gov